# United States of America
## United States Patent and Trademark Office

# BREW PUB PIZZA

**Reg. No. 4,373,576**  
**Registered July 23, 2013**  
**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

BERNATELLO'S PIZZA, INC. (MINNESOTA CORPORATION)
5625 WEST 78TH STREET
SUITE B
EDINA, MN 55439

FOR: PIZZA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-23-2012; IN COMMERCE 10-23-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIZZA", APART FROM THE MARK AS SHOWN.

SN 85-665,918, FILED 6-29-2012.

MATTHEW KLINE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**EXHIBIT 1**