# United States of America
## United States Patent and Trademark Office



Reg. No. 4,431,990  
Registered Nov. 12, 2013  

Int. Cl.: 30  

**TRADEMARK**  
**PRINCIPAL REGISTER**

BERNATELLO'S PIZZA, INC. (MINNESOTA CORPORATION)
5625 WEST 78TH STREET, SUITE B
EDINA, MN 55439

FOR: PIZZA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-23-2012; IN COMMERCE 10-23-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIZZA" AND "HIGHEST QUALITY", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE TERM "BREW PUB" DISPLAYED IN A BANNER PRESENTED ACROSS AN IMAGE OF AN END OF A KEG HAVING A TAP/HANDLE WITH THE TERM "HIGHEST" POSITIONED TO THE LEFT OF THE TAP/HANDLE AND "QUALITY" POSITIONED TO THE RIGHT OF THE TAP/HANDLE AND "PIZZA" POSITIONED BELOW THE BANNER.

SER. NO. 85-882,151, FILED 3-21-2013.

MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**EXHIBIT 2**