United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jan 27 03:20:56 EST 2016

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [ ] OR Jump [ ] to record: [ ] **Record 1 out of 48**

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# BREW PUB

| | |
|---|---|
| **Word Mark** | BREW PUB |
| **Goods and Services** | IC 030. US 046. G & S: Pizzas. FIRST USE: 20121023. FIRST USE IN COMMERCE: 20121023 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86978114 |
| **Filing Date** | April 10, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 14, 2014 |
| **Owner** | (APPLICANT) Bernatello's Pizza, Inc. CORPORATION MINNESOTA PO Box 729 200 Congress St Maple Lake MINNESOTA 55358 |
| **Attorney of Record** | Anthony J. Bourget |
| **Prior Registrations** | 4373576;4431990 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 3**