TESS was last updated on Wed Jan 27 03:20:56 EST 2016

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: ___ OR Jump ___ to record: **Record 4 out of 48**

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# BREW

| Field | Value |
|---|---|
| Word Mark | BREW |
| Goods and Services | IC 030. US 046. G & S: Pizza |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86838514 |
| Filing Date | December 3, 2015 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) Bernatello's Pizza, Inc. CORPORATION MINNESOTA PO Box 729 200 Congress St. Maple Lake MINNESOTA 55358 |
| Attorney of Record | Anthony J. Bourget |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**EXHIBIT 5**