

**EXHIBIT 8**