# BREW TIME 12" SAUSAGE PIZZA

**INGREDIENTS: CRUST:** ENRICHED WHEAT FLOUR (FLOUR, NIACIN, IRON, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID, ENZYME, ASCORBIC ACID), WATER, SOYBEAN OIL, YEAST, BREAD CRUMBS (WHEAT FLOUR, YEAST, SUGAR, SALT), OLIVE OIL, SUGAR, SALT, CULTURED WHEAT STARCH, HONEY, SODIUM BICARBONATE, SODIUM ALUMINUM PHOSPHATE, L-CYSTEINE, CITRIC ACID. **LOW MOISTURE MOZZARELLA CHEESE:** PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES, POWDERED CELLULOSE (TO PREVENT CAKING). **SAUCE:** TOMATO SAUCE (WATER, TOMATO PASTE), SALT, SUGAR, SPICES, DEXTROSE, HYDROLYZED SOY PROTEIN, GARLIC EXTRACT, SOYBEAN OIL, REFINED OLIVE POMACE OIL, EXTRA VIRGIN OLIVE OIL. **SAUSAGE:** PORK, SEASONING (SPICES, DEHYDRATED GARLIC), WATER, SALT, FLAVORING. **CHEDDAR CHEESE:** PASTEURIZED MILK, CHEESE CULTURE, SALT, ENZYMES, ANNATTO (COLOR), POWDERED CELLULOSE (TO PREVENT CAKING), POTASSIUM SORBATE AND NATAMYCIN (PRESERVATIVES). **SPICES.**

**CONTAINS: MILK, WHEAT, SOY.**

MANUFACTURED BY HANSEN FOODS
930 GODDARD WAY, GREEN BAY, WI 54311
800-236-1022

## Nutrition Facts
Serving Size 1/6 pizza (146g)
Servings Per Container 6

**Amount Per Serving**

**Calories** 360   Calories from Fat 170

| | % Daily Value* |
|---|---|
| **Total Fat** 19g | **29%** |
| Saturated Fat 9g | **45%** |
| Trans Fat 0g | |
| **Cholesterol** 50mg | **17%** |
| **Sodium** 900mg | **38%** |
| **Total Carbohydrate** 30g | **10%** |
| Dietary Fiber 2g | **8%** |
| Sugars 4g | |
| **Protein** 17g | |

Vitamin A 10%  •  Vitamin C 8%
Calcium 20%  •  Iron 10%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**BAKING INSTRUCTIONS**
Preheat oven to 400°F. Remove pizza from packaging and cardboard circle, and place in center rack of the oven. Bake for approximately 17-22 minutes or until cheese is golden brown. Remove from oven and place on provided cardboard circle. Allow to cool for a few minutes before cutting and serving.


0  38708 95039  6

**EXHIBIT 9**